DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC D. COLEMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1899

_____

October 15, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

PER CURIAM.

    Affirmed.

LaROSE, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.